UNITED STATES OF AMERICA
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF


v.                          CRIMINAL ACTION NOS.:   5:21-CR-9-BJB and 5:23-CR-17-BJB


OTIS GIBSON                                                        DEFENDANT


**UNITED STATES' SENTENCING MEMORANDUM**
***Electronically Filed***

The United States of America, by counsel, Raymond D. McGee, Assistant U.S. Attorney for the Western District of Kentucky, submits this sentencing memorandum pursuant to the Court's Order following entry of guilty plea entered on April 26, 2023.  DN 47.   Sentencing is currently set for August 9, 2023 at 2:00 PM.

**OFFENSE CONDUCT**

Banks around the country have been victims of a distinct style of ATM theft.   Several groups from Houston, Texas have been indicted for this style of ATM theft.  Typically, a group of individuals travel from Houston to various areas of the country and target stand-alone ATMs. Locally, a F-250 truck would be stolen.  The groups arrive at a targeted ATM in passenger vehicles along with the stolen truck.  While wearing masks, they use crowbars to pry open the ATM.  A chain is attached to the ATM, and the stolen truck is used to pull it open.   The groups steal the money, abandon the stolen truck, and flee in the other vehicles.

On June 10, 2020, defendants Otis Gibson and Eric Rhodes and both known and unknown co-conspirators worked together to forcibly break into the ATM located at BB&T Bank (now

Truist) at 5195 US 60, Paducah, Kentucky.   The group, while wearing masks, used a stolen F-250 truck, chain, and crowbars to break into the ATM and steal $158,127.  The ATM was destroyed.  Crowbars used in the theft were left at the scene.

One of the recovered crowbars, a Kobalt 30-in Steel Wrecking Bar, contained an item number.   Lowe's Home Improvement is located on the same highway as the ATM.   The store used the item number to confirm that it sold the crowbar the previous day.   Surveillance video captured a man purchasing the crowbar.  Investigation determined that the purchaser was Rhodes of Houston, Texas.



Two months later, on August 14, 2020, a group of individuals attempted an ATM theft at Chase Bank at 2521 Cunningham Drive, Evandale, Ohio.   The group attempted the exact scheme as the Paducah ATM which involved crowbars and a truck.   Plainclothes officers conducted surveillance during the attempted theft.  Rhodes was apprehended driving a vehicle near the scene. Isaiah Fleming of Houston, Texas was also arrested near the scene.   Both were believed to be acting as lookouts while co-conspirators pulled open the ATM.   Rhodes has pending charges in Ohio for the attempted theft from the Chase Bank ATM.

After the Paducah robbery, officers located the stolen truck abandoned behind a nearby apartment complex.  Numerous items related to the robbery were also abandoned.  These included clothes, shoes, and gloves.  The FBI was able to lift a DNA profile from clothing recovered.  Otis Gibson, also of Houston, TX, matched the profile when the DNA was run in CODIS.

On January 20, 2020, a Bank of America ATM at a shopping center in Saint Louis, Missouri was broken into by a group utilizing the same techniques used in the Paducah ATM theft.  $98,748 was stolen.   Pry bars, a hammer, and clothing related to the theft were recovered.  DNA lifted from evidence recovered at the scene also matched Gibson's profile in CODIS.   He was indicted in the Eastern District of Missouri.  Gibson agreed to have his federal indictment from Missouri transferred to Kentucky, and has entered guilty pleas on both pending indictments.

## RESTITUTION

$158,127 was stolen from BB&T Bank (now Truist) in Paducah.  The ATM was destroyed, and cost of a replacement ATM is $21,610.   The United States seeks $179,737 in restitution payable by both defendants, Gibson and Rhodes.

$98,748 was stolen from Bank of America in Saint Louis, Missouri.   Only defendant Gibson will be responsible for this amount.   The United States seeks an additional $98,748 in restitution from Gibson.

Other than providing loss calculations for restitution, neither bank provided further victim impact statements.

## GUIDELINES CALCULATION

Guideline calculation in the Presentence Investigation Report (PSR) finds an offense level of 15, a criminal history category of IV, and a Guideline imprisonment range of 41 months to 51 months.   The United States does not object to these calculations.

## **RECOMMENDATION**

Consistent with the plea agreement, the United States recommends a prison sentence at the lowest end of the applicable guideline range.  Based upon the need to protect the public and other sentencing factors set forth in 18 U.S.C. § 3553(a), the United States recommends Gibson serve 41 months in prison followed by three years of supervised release.

Although the defendant is young, the nature and circumstances of the offense favor service of a prison sentence.   The defendant also has prior criminal convictions for engaging in organized crime and theft.   The defendant participated in a sophisticated scheme that targeted out-of-state ATMs, and ultimately transported the stolen cash to Houston, Texas.    Gibson has entered guilty pleas related to ATMs in Kentucky and Missouri.   In the Paducah theft alone, the bank incurred a large loss, well over $150,000.   Gibson faces additional larceny related charges in Ohio and California.

Further, the offenses related to Gibson and his co-conspirators occurred during the early months of the COVID-19 pandemic.  ATMs played a particularly important role for communities because many branch operations were limited during restrictions.   These crimes not only negatively affected banks, but also the communities.

The need for deterrence is particularly important regarding this crime.   ATM thefts utilizing this exact scheme have occurred around the country.  Early in the investigation, Detective Jordan Murphy of the Paducah Police Department reached out to other law enforcement agencies. On June 12, 2020, he noted in his report that groups from Houston, Texas were already suspected in approximately $11,400,000 in ATM thefts.   It is important that each crime related to these schemes results in a period of incarceration in order to promote respect for the law, and deter future similar conduct.

The United States also avers that alternative sentences such as home incarceration would unduly depreciate the seriousness of the offense, which was both sophisticated and large.

When considering the factors outlined in 18 U.S.C. § 3553, a sentence of 41 months is sufficient but not greater than necessary.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

/s/ Raymond D. McGee
Raymond D. McGee
Assistant United States Attorney
501 Broadway, Suite 29
Paducah, KY  42001
PH:     (270) 442-0189
Email: raymond.mcgee@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Attorney of Record.

/s/ Raymond D. McGee
Raymond D. McGee
Assistant United States Attorney